**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

KENDRICK WILEY,                                                                                          PLAINTIFF
ADC #139566

v.                                        No. 2:13CV00173-JLH-JTK

MIKE BUCHAND, et al.                                                                                DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 30th day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE